IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| CHARLES HESS, JR. | : | VIOLATION: 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography – 1 count) |
| | : | |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in or about May 2006 and on or about February 5, 2009, in the Eastern District of Pennsylvania, defendant

**CHARLES HESS, JR.**

knowingly possessed one or more films, video tapes and other matter, namely a computer hard drive and six separate CD/DVD-Roms, which contained visual depictions that had been shipped and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

_____
MICHAEL L. LEVY
United States Attorney